STATE OF CONNECTICUT *v.* EXEL RIVERA

The defendant's petition for certification for appeal from the Appellate Court, 63 Conn. App. 319 (AC 19826), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court properly granted the state of Connecticut's motion to consolidate the two cases against the defendant?"

The Supreme Court docket number is SC 16534.

*Felix Esposito,* special public defender, in support of the petition.

*Susann E. Gill,* senior assistant state's attorney, in opposition.

Decided June 7, 2001

SUSAN DAVIES *v.* GENERAL TOURS, INC.*

The plaintiff's petition for certification for appeal from the Appellate Court, 63 Conn. App. 17 (AC 20028), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that no genuine issue of material fact existed as to whether the defendant's assertions about its relationship with Recep Tours estopped the defendant from denying a partnership with Recep Tours?"

The Supreme Court docket number is SC 16535.

*Ian Angus Cole,* in support of the petition.

*Julie A. Harris,* in opposition.

Decided June 7, 2001

* The appeal was withdrawn October 18, 2001.